## United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No.                                          :   Clerk's Court Minutes –

---

United States of America vs.

---

| | |
|---|---|
| Gov. Atty(s): | : Indictment    Superseding Indictment    Information |
| Def. Atty(s): | : Complaint    Warrant    Summons |
| Def. Appears: In Person    Video Conference | : Code Violation/Offense: |
| All Parties Consent to Video Proceeding | : |
| Court Reporter: | : |
| Interpreter: | : |
|    Interpreter Sworn | |

Date:

Initial Appearance Start Time:         Arraignment Start Time:         End Time:

### Initial Appearance

| | |
|---|---|
| Advised of Rights | : Appointed/Previously Appointed FPD |
| Advised of Consular Notification Rights | : Appointed/Previously Appointed CJA Counsel |
| Requesting Consular Notification    Yes    No | : Retained Counsel |
| Rule 5 Admonition Given | : |

### Arraignment

| | |
|---|---|
| Trial Scheduled for: | : Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : Indicted in True Name |
| Reciprocal Discovery due: | :    True Name: |
| Pretrial Motions due: | : Reading of Indictment Waived |
| Plea Notification Deadline: | : Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : Denied Forfeiture |
| Status/Scheduling Conference (Counsel Only): | : Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG. |

### Custody Status

| | |
|---|---|
| Government Moved for Detention | : |
| Defendant Waived Preliminary Examination | : Detention Hearing Set: |
| Defendant Waived Detention Hearing | : Before: |
| Court Ordered Defendant: | : Courthouse:                Room: |
|   Released on Bond | : Revocation Hearing Set: |
|   Detained | : Before: |
| | : Courthouse:                Room: |

_____
Deputy Clerk